*State* v. *Whelan,* 200 Conn. 743 (1986), met the test for reliability.

2. Whether the Appellate Court correctly concluded that the trial court properly admitted into evidence a .22 caliber revolver as having probative value that outweighed any prejudicial effect.

3. Whether we should repudiate the "missing witness rule," first set forth in *Secondino* v. *New Haven Gas Co.,* 147 Conn. 672 (1960).

*Shannon O. Louden, Barbara Jacobs* and *Linda L. Morkan,* in support of the petition.

*John A. East III,* deputy assistant state's attorney, in opposition.

Decided May 24, 1995

STATE OF CONNECTICUT *v.* EARL SMART

The defendant's petition for certification for appeal from the Appellate Court, 37 Conn. App. 360 (AC 12546), is denied.

*Deborah DelPrete Sullivan,* in support of the petition.

*Leon F. Dalbec, Jr.,* assistant state's attorney, in opposition.

Decided May 24, 1995

STATE OF CONNECTICUT *v.* CHARLES A. MERDINGER

The defendant's petition for certification for appeal from the Appellate Court, 37 Conn. App. 379 (AC 11082), is denied.

*George C. Springer, Jr.,* special public defender, in support of the petition.

*Leon F. Dalbec, Jr.,* assistant state's attorney, in opposition.

Decided May 24, 1995

STATE OF CONNECTICUT *v.* RAMON BURGOS

The defendant's petition for certification for appeal from the Appellate Court, 37 Conn. App. 404 (AC 13628), is denied.

*Temmy Ann Pieszak,* assistant public defender, in support of the petition.

*Frederick W. Fawcett,* assistant state's attorney, in opposition.

Decided May 24, 1995

STATE OF CONNECTICUT *v.* THEODORE JONES

The defendant's petition for certification for appeal from the Appellate Court, 37 Conn. App. 437 (AC 12213), is denied.

*Thomas Ullman,* public defender, in support of the petition.

*Judith Rossi,* assistant state's attorney, in opposition.

Decided May 24, 1995

ARLYNE FOX *v.* COLONY T.V. AND
APPLIANCE, INC., ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 37 Conn. App. 453 (AC 12877), is denied.

*Peter J. Dauk,* in support of the petition.

Decided May 24, 1995